```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorneys for Defendant
FRANCISCO EMILLO VEGA
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 06-0236 GEB |
| Plaintiff, | ) SUBSTITUTION OF COUNSEL |
| | ) [PROPOSED] ORDER |
| v. | ) |
| FRANCISCO EMILLIO VEGA, | ) |
| Defendant. | ) |
| _____ | ) |

Defendant, FRANCISCO EMILLIO VEGA, hereby requests and agrees that attorneys Mr. Russell Miller and Christopher Haydn-Myer be substituted in as his attorneys' of record and that his current attorney, Mr. Gilbert Roque, be relieved as his attorney of record.

```
I request the substitution.    /s/Christopher Haydn-Myer for
Dated: 9/6/06                  FRANCISCO EMILLIO VEGA

I agree to the substitution.   /s/Christopher Haydn-Myer for
Dated: 9/6/06                  GILBERT ROQUE

I agree to the substitution.   /s/Christopher Haydn-Myer for
Dated: 9/6/06                  RUSSELL MILLER

I agree to the substitution.   /s/Christopher Haydn-Myer
Dated: 9/6/06                  CHRISTOPHER HAYDN-MYER
```

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Russell Miller and Christopher Haydn-Myer be substituted in as Defendant's, FRANCISCO EMILLIO VEGA, attorneys' of record and that his current attorney, Mr. Gilbert Roque, be relieved as his attorney of record.

IT IS SO ORDERED.

Dated:  September 8, 2006

                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge