```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084


Attorney for Defendant
FRANCISCO VEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-06-0236 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| FRANCISCO VEGA, | |
| Defendant. | |

    Defendant, Francisco Vega, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Jason Hitt agree as follows:

    It is agreed that Francisco Vega is to remain released from custody on a security bond in the amount of $120,000.00, and secured by a signed and previously delivered deed of trust for the property located at 6128 Wild Fox Court, Elk Grove, California 95757, and owned by Eusebio V. Chavez and Ramon Chavez.

    The stipulation and proposed order are necessary because on June 2, 2006 the Hon. Kimberly J. Muller ordered that Mr. Francisco VEGA be

released on the condition of the posting of a security bond. On June 9, 2006, Mr. Carlos E. Vega and Mrs. Gloria D. Vega completed a deed of trust for property located at 1524 Anoka Avenue, Sacramento, California 95832 for the sole purpose of securing Mr. VEGA's release from custody. A property valuation determined that the equity of the home located at 1524 Anoka Avenue to be $120,000.00.

Counsel has been informed that Mr. Carlos E. Vega and Mrs. Gloria D. Vega have fallen on difficult financial times, and must take equity from their 1524 Anoka Avenue property to pay for their living expenses. Counsel contacted Assistant United States Attorney Jason Hitt, and it was agreed that Mr. VEGA must find another parcel of property to secure his bond, and the property must have $120,000.00 in equity.

Eusebio V. Chavez and Ramon Chavez have agreed to post their residence at 6128 Wild Fox Court, Elk Grove, California 95757 for security of Mr. VEGA's bond. It is believed that there is currently $120,000.00 in equity in the residence, and the deed of trust has been signed and delivered to Assistant United States Attorney Jason Hitt.

Dated: January 10, 2007          Respectfully submitted,

                                 /s/ Christopher Haydn-Myer
                                 CHRISTOPHER HAYDN-MYER
                                 Attorney for Defendant
                                 Francisco Vega

DATED: January 10, 2007          /s/ Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Francisco VEGA is to remain released from custody on bond in the amount of $120,000.00, and the $120,000.00 must be secured by a deed of trust for the property located at 6128 Wild Fox Court, Elk Grove, California 95757, and owned by Eusebio V. Chavez and Ramon Chavez.

Further, it is agreed to by the parties that Mr. Carlos E. Vega and Mrs. Gloria D. Vega's deed of trust for property located at 1524 Anoka Avenue, Sacramento, California 95832 be exonerated, and the deed of trust be returned to either Mr. Carlos E. Vega or Mrs. Gloria D. Vega.

DATED: Jan. 22, 2007

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Court Judge

3