Russell W. Miller, Jr., SBN 187728
**MILLER LAW GROUP**
901 'H' Street, Suite 107
Sacramento, CA 95814-2611
Telephone:     (916) 447-7223
Facsimile:      (916) 444-6456


Attorney for Defendant,
FRANCISCO VEGA


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:06-0236-GEB |
| Plaintiff, | |
| v. | **STIPULATION; AND ORDER EXONERATING BAIL** |
| FRANCISCO VEGA, | |
| Defendant. _____/ | |

     Defendant, Francisco Vega, through Russell W. Miller, Jr., Attorney At Law, and the United States of America, through Assistant U.S. Attorney Jason Hitt agree as follows:

     Mr. Vega's in-laws, Eusebio and Ramona Chavez, posted a non-secured collateral promissory note for $130,000.00 to the United States Clerk's Office. Eusebio and Ramona Chavez are the parents of Mr. Vega's wife and co-defendant. Mr. Vega has since pled guilty, been remanded and sentenced.

     The parties agree that the bond for Mr. Vega is to be exonerated. Further, the promissory note for $130,000.00 is to be returned to Eusebio and Ramona Chavez.

_____

Dated: January 13th, 2011

          Respectfully submitted,

          /s/ Russell W. Miller, Jr.

          _____
          RUSSELL W. MILLER, JR.
          Attorney for Defendant
          Francisco Vega

DATED: January 13th, 2011

          /S/ Jason Hitt

          _____
          Jason Hitt
          Assistant U.S. Attorney

## **ORDER**

The bail posted on behalf of Defendant Francisco Vega is exonerated.

**Date:  1/28/2011**

          _____
          GARLAND E. BURRELL, JR.
          United States District Judge