IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                                No. 2:06-cr-0236 GEB KJN

    vs.

FRANCISCO EMILLIO VEGA,               ORDER AND

    Movant.                                    ORDER TO SHOW CAUSE

_____/

        On April 13, 2011, respondent was directed to file, within thirty days, an answer to the March 31, 2011 motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. Thirty days have now passed and respondent has not filed an answer or otherwise responded to this court's order. On June 13, 2011, movant filed a motion asking the court to rule in his favor in light of respondent's failure to file an answer. That remedy is unavailable, but respondent is directed to show cause why sanctions should not be imposed for the failure to timely respond to this court's April 13, 2011 order.

        Accordingly, IT IS ORDERED that:

        1. Movant's June 13, 2011 motion is denied; and

        2. Within fourteen days from the date of this order, respondent shall show cause why sanctions should not be imposed for respondent's failure to timely comply with this court's

1

April 13, 2011 order.

        3.  The Clerk of Court is directed to serve a copy of this order on Jason Hitt, Assistant United States Attorney.

DATED:  June 24, 2011

                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

vega0236.osc