IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. 2:06-cr-0236 GEB KJN P |
| | vs. | |
| FRANCISCO VEGA, | | |
| | Movant. | ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2012, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed October 29, 2012, are adopted in full;
5      2. The motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C.
6  § 2255 (dkt. no. 91) is stayed pending the Supreme Court's ruling on the issue of retroactivity in
7  <u>United States v. Chaidez</u>, 2012 WL 1468539 (Apr. 30, 2012).

Dated:  December 5, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge